IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :       CRIMINAL ACTION
                               :       NO. 09-297
        v.                     :
                               :
WILLIAM COLON                  :

## O R D E R

**AND NOW,** this **17th** day of **September, 2009,** upon consideration of Defendant's Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment(doc. no. 9), Government's response thereto (doc. no. 10), and the evidentiary hearing on the motion, it is hereby **ORDERED** that the motion is **DENIED.**


**AND IT IS SO ORDERED.**


  S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**